IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI BRUNSON, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA et al., | : | No. 17-746 |
| | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 26th day of March, 2018, upon consideration of the Government's Motion for Summary Judgment (Doc. Nos. 14 & 15), the Response in Opposition (Doc. No. 18), the Reply in Support (Doc. No. 23), the Response and Joinder Request (Doc. No. 25) and the Response in Opposition (Doc. No. 26), it is **hereby ORDERED** that the Request for Joinder (Doc. No. 25) and the Motion for Summary Judgment (Doc. No. 14) are **GRANTED** as outlined in the Court's March 26, 2018 memorandum opinion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE